Regina Byrd, Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
regina.byrd@usdoj.gov
(202) 616-4860

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TULIO CANTARERO-LEMUS, <br><br> Plaintiff, <br><br> v. <br><br> NATHALIE ASHER, et al., <br><br> Respondent. | Case No. C20-0953- BJR - MAT <br><br> ORDER GRANTING UNOPPOSED MOTION TO DISMISS HABEAS PETITION |

The Court, having reviewed the pleadings and materials in this case, hereby

ORDERED that:

Respondent's Unopposed Motion To Dismiss is GRANTED.

Dated this 17th day of July, 2020.

*Barbara J. Rothstein*
BARBARA J. ROTHSTEIN
United States District Judge

ORDER
[Case No. C20-0953- BJR - MAT]

Presented By:

ETHAN P. DAVIS
Acting Assistant Attorney
General Civil Division

ANTHONY O. POTTINGER
Trial Attorney

／s/ *Regina Byrd*
---

United States Dept. of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 616-4860
regina.byrd@usdoj.gov

ORDER
[Case No. C20-0953- BJR - MAT]